MARCIA L. CARONIA et al., Appellants, v PHILIP MORRIS USA, INC., Respondent.

Submitted October 15, 2013; decided October 17, 2013

*See* 715 F3d 417.

*See* 715 F3d 417.

MARCIA L. CARONIA et al., Appellants, v PHILIP MORRIS USA, INC., Respondent.

Submitted October 15, 2013; decided October 17, 2013

*See* 715 F3d 417.

MARCIA L. CARONIA et al., Appellants, v PHILIP MORRIS USA, INC., Respondent.

Submitted October 15, 2013; decided October 17, 2013

*See* 715 F3d 417.

Motion by American Legacy Foundation et al. for leave to file a brief amici curiae on consideration of the certified questions

herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.